■ LAURA B. ELLIOTT, Respondent, v WILLIAM J. ELLIOTT, Appellant. — Order unanimously affirmed, with costs (*see, Paparella v Paparella,* 74 AD2d 106). (Appeal from order of Supreme Court, Erie County, Gossel, J. — dismiss complaint.) Present — Dillon, P. J., Denman, Boomer, Green and O'Donnell, JJ.

■ STATE DIVISION OF HUMAN RIGHTS, on Complaint of KATHRYN McGILL, Respondent-Petitioner, v GOULDS PUMPS, INC., Petitioner-Respondent. — Proceedings unanimously dismissed, without costs, upon stipulation. (Proceedings pursuant to Executive Law § 298.) Present — Dillon, P. J., Denman, Boomer, Green and O'Donnell, JJ.